**Sharon Orsi and Donna Orsi, a Minor, by Regina Orsi, Mother and Next Friend, Plaintiffs-Appellants, v. Frances P. Young, Defendant-Appellee.**

**Gen. No. 53,584. (Abstract of Decision.)**

First District, First Division.

June 23, 1969.

Jones, Clark & Huszagh, of Chicago (Richard W. Huszagh, of counsel), for appellants; no brief filed for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**